IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-00294-RJC
(3:14-cr-00099-RJC-4)

| | |
|---|---|
| ANTHONY LAMAR ALEXANDER, ) | |
| Petitioner, ) | |
| v. ) | **ORDER** |
| UNITED STATES OF AMERICA, ) | |
| Respondent. ) | |

**THIS MATTER** is before the Court on consideration of Respondent's motion to dismiss Petitioner's pro se Motion to Vacate on the grounds that it is without merit. (Doc. No. 6).

Recognizing that Petitioner is proceeding pro se, the Court provides this notice that he may file a response to Respondent's motion to dismiss within 14-days from entry of this Order.

**IT IS, THEREFORE, ORDERED** that Petitioner shall have 14-days from entry of this Order to file a response to Respondent's motion to dismiss. (Doc. No. 6).

**SO ORDERED**.

Signed: October 13, 2016

Robert J. Conrad, Jr.
United States District Judge